# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARTHA DIXON, | ) | 3:10-CV-0620-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 11, 2011 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion to stay discovery (#22), plaintiff opposed the motion (#25), and defendants replied (#26).  Plaintiff's motion to stay discovery (#22) is **DENIED**.  The parties shall proceed pursuant to the stipulated discovery plan and scheduling order filed on November 15, 2010 (#10).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
            Deputy Clerk